| AO-10<br>Rev. 1/2004 | | |

# FINANCIAL DISCLOSURE REPORT

### Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Fitzwater, Sidney A | 2. Court or Organization<br><br>U.S. District Court, N.D. Tex. | 3. Date of Report<br><br>5/3/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,　Date<br><br>○ Initial　● Annual　○ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>1100 Commerce St., Rm. 1520<br>Dallas, Texas 75242 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____　Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.　(Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**　- (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED May 10 10 59 AM '04 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS.　(Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**　- (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fitzwater, Sidney A | 5/3/04 |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS– transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The Freedom Forum, Arlington, VA (First Amendment Center, Inc., Nashville, TN) | Feb. 27-Mar. 1, Nashville, TN (airfare, hotel, transportation, food) to judge First Amendment Center at Vanderbilt moot court competition |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A | 5/3/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Certs. of Accrual on U.S. Treasury Secs. (See Part VIII) | A | Interest | | | Redeem | 5/15 | J | | |
| 2. U.S. Series EE Bonds (See Part VIII) | | None | K | T | Redeem part | 6/6 | J | B | |
| 3. U.S. Series EE Bonds | | None | J | T | | | | | |
| 4. Washington Mutual Investors Fund (1984 IRA-Mutual Fund) | A | Dividend | J | T | | | | | |
| 5. Exxon Mobil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 6. Exxon Mobil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 7. American Century Income & Growth Fund | A | Dividend | J | T | | | | | |
| 8. American Century Income & Growth Fund | A | Dividend | J | T | | | | | |
| 9. The MONY Group Inc. Common Stock | | None | J | T | | | | | |
| 10. Coca Cola Co. Common Stock | A | Dividend | J | T | | | | | |
| 11. Coca Cola Co. Common Stock | A | Dividend | J | T | | | | | |
| 12. UBS Bank USA Deposit Acct. (See Part VIII) | A | Dividend | J | T | | | | | |
| 13. 3M Corp. Common Stock | A | Dividend | J | T | | | | | |
| 14. J.P. Morgan Chase & Co. Common Stock | A | Dividend | J | T | Donate part | | | | |
| 15. Trust # 2 (Nos. 15-22) (See Part VIII) | C | Dividend | M | T | | | | | |
| 16. UBS Resource Mgmt. Acct (Mny Mkt Portfolio)(See Part VIII) | | | | | | | | | |
| 17. Nuveen Large-Cap Value Fund (See Part VIII) | | | | | Sell | 11/12 | J | | |
| 18. Calamos Growth Fund | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fitzwater, Sidney A | 5/3/04 |

## VII. INVESTMENTS and TRUSTS— income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Lord Abbett Affiliated Fund | | | | | | | | | |
| 20. Lord Abbett Bond Debenture Fund | | | | | | | | | |
| 21. MFS Research Bond Fund | | | | | | | | | |
| 22. UBS Tactical Allocation Fund | | | | | | | | | |
| 23. UBS Bank USA Deposit Acct. (See Part VIII) | A | Dividend | J | T | | | | | |
| 24. UBS Bank USA Deposit Acct. (See Part VIII) | A | Dividend | K | T | | | | | |
| 25. Bank of America (Certificate of Deposit) | A | Interest | K | T | | | | | |
| 26. Calamos Growth and Income Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 27. Lord Abbett Affiliated Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 28. Lord Abbett All Value Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 29. MFS Research Bond Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 30. UBS S&P 500 Index Fund | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part I

This year I have not reported any positions. As reflected in Part VIII of my 2002 Financial Disclosure Report, after March 27, 2003 I was no longer custodian under the Texas Uniform Transfers to Minors Act.

Part VII, Item No. 1

No gain is shown in column D(4) because gain has been realized in the form of annual income and has been reported each year as interest income.

Part VII, Item No. 2

In column D(4) the "gain" equals the accrued interest paid at the time the bonds were redeemed. Were the "gain" reported in column B(1) as interest income, the amount code would remain "B," and column B(2) would change from "None" to "Interest."

Part VII, Item Nos. 12, 23, and 24

These items were reported in my 2002 Financial Disclosure Report as "PaineWebber Resource Mgmt. Acct. (Money Market Acct.)" and are reported in this report as "UBS Bank USA Deposit Acct." This is due to a change in form of the same account. Additionally, "PaineWebber" is now known as "UBS Financial Services Inc."

Part VII, Item Nos. 15-22 (Trust # 2)

The type of income disclosed for Trust # 2 is "Dividend." The form does not allow the filer to report multiple types of income. The income includes dividends and capital gains. All income has been reported in column B(1).

███████ is the trustee and beneficiary of Trust # 2 and is located in Dallas, Texas.

Part VII, Item No. 16

This item was reported in my 2002 Financial Disclosure Report as "PaineWebber Resource Mgmt. Acct. (Money Market Acct.)" and is reported in this report as "UBS Resource Mgmt. Acct (Mny Mkt Portfolio)" due to a change of name. Due to space limitations, "UBS Resource Mgmt. Acct (Mny Mkt Portfolio)" is an abbreviation for "UBS Resource Management Account (Money Market Portfolio)."

Part VII, Item No. 17

No gain is shown in column D(4) because this asset was sold at a loss.

Part VII, Item No. 26

This item was reported in my 2002 Financial Disclosure Report as "Calamos Convertible Growth and Income Fund" and is reported in this report as "Calamos Growth and Income Fund" This is due to a change of name.

Part VII, Item Nos. 27, 28, and 29

The type of income disclosed for these assets is "Dividend." The form does not allow the filer to report multiple types of income. These funds include income in the form of dividends and/or capital gains earned by the funds and distributed to fund owners. All such income has been reported in column B(1).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fitzwater, Sidney A | 5/3/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                     Date  May 3, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544